IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROADWIRE, INC. AND CLASSIC SOFT TRIM, INC. | § § § § |
| v. | §  CIV. NO. 1:22-cv-00143-DAE |
| KATZKIN LEATHER, INC. | § § § |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs Roadwire, Inc. ("Roadwire") and Classic Soft Trim, Inc. ("CST") (collectively, "Plaintiffs") and Defendant Katzkin Leather, Inc. ("Katzkin") and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), file this stipulation of voluntary dismissal without prejudice to refiling.

The parties hereby notify the Court that this case is hereby voluntarily dismissed without prejudice, with each party to bear its own costs, expenses and attorney's fees.

SO STIPULATED, this the 1st day of March, 2023.

Respectfully submitted,

*/s/ Todd R. Seelman*

Todd R. Seelman
Colorado Bar No. 20469
todd.seelman@lewisbrisbois.com
John Cardinal Parks
Colorado Bar No. 18669
john.parks@lewisbrisbois.com
Christopher H. Wood
Colorado Bar No. 50717
christopher.woods@lewisbrisbois.com
Robin E. Alexander
Colorado Bar No. 48345
robin.alexander@lewisbrisbois.com
William G. Cravens
Colorado Bar No. 54315
william.cravens@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
Telephone: (303) 861-7760
Facsimile: (303) 861-7767

Katherine A. Compton
Texas Bar No. 04652100
katherine.compton@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 722-7100
Facsimile: (214) 722-7111

**ATTORNEYS FOR PLAINTIFFS ROADWIRE, INC. AND CLASSIC SOFT TRIM, INC.**

*/s/ Karen C. Burgess*

Karen C. Burgess
Texas Bar No. 00796276
Email: kburgess@burgesslawpc.com
Katie Dolan-Galaviz
Texas Bar No. 24069620
Email: kgalaviz@burgesslawpc.com
**BURGESS LAW PC**
404 West 13th Street
Austin, Texas 78701-1825
Telephone: (512) 482-8808
Facsimile: (512) 900-6325

Don Howarth
California Bar No. 53783
Email: dhowarth@howarth-smith.com
Suzelle M. Smith
California Bar No. 113992
Email: ssmith@howarth-smith.com
Padraic Glaspy
California Bar No. 259563
Email: pglaspy@howarth-smith.com
Katherine Hight
California Bar No. 287750
Email: khight@howarth-smith.com
**HOWARTH & SMITH**
523 West 6th Street, Suite 728
Los Angeles, California 90014-1223
Telephone: (213) 955-9400
Facsimile: (213) 622-0791

**ATTORNEYS FOR DEFENDANT KATZKIN LEATHER, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, on March 1, 2023, the foregoing was electronically filed with the Court by using the Western District of Texas' CM/ECF filing system, which provided notice of the filing to all CM/ECF participants.

/s/ Karen C. Burgess
Karen C. Burgess