UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROADWIRE, INC. and CLASSIC SOFT TRIM, INC., | § § § | No. 1:22-CV-00143-DAE |
| Plaintiffs, | § § | |
| vs. | § § | |
| KATZKIN LEATHER, INC., | § § § | |
| Defendant. | § § § | |

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Court has before it the Stipulation of Voluntary Dismissal filed by Plaintiffs Roadwire, Inc. and Classic Soft Trim, Inc. ("Plaintiffs") and Defendant Katzkin Leather, Inc. ("Defendant") (Dkt. # 38.) After consideration, the Court is of the opinion that such Stipulation is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action brought by Plaintiff against Defendant in the above-captioned lawsuit are **DISMISSED** in their entirety **WITHOUT** prejudice, and that, as between Plaintiff and Defendant, each will bear its own attorneys' fees and costs incurred in connection with the above-captioned lawsuit. The hearing on the pending Motion to Dismiss currently scheduled for Thursday, March 9, 2023, is **CANCELLED**. The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

2

SIGNED this 2nd day of March, 2023.

                                    _____
                                    Hon. David Alan Ezra
                                    Senior U.S. District Judge